COPY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 CR ED10-00820

          Plaintiff,                 **I N F O R M A T I O N**

          v.                          [21 U.S.C. §§ 841(a)(1),
                                      (b)(1)(A): Possession with
JUSTIN KELLY DAWSON,                       Intent to Distribute
                                      Methamphetamine]
          Defendant.

    The United States Attorney charges:

        [21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

    On or about February 4, 2010, in Riverside County, within the Central District of California, defendant JUSTIN KELLY DAWSON

//

//

1 knowingly and intentionally possessed with intent to distribute
2 at least 50 grams, that is, approximately 53.4 grams of
3 methamphetamine, a schedule II controlled substance.

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ R. E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office

SEAN K. LOKEY
Assistant United States Attorney
Riverside Branch Office