# Memorandum

| Subj: | Date: |
|---|---|
| United States v. Justin Kelly Dawson | 7/27/10 |

| To: | TERRY NAFISI<br>Clerk, United States District Court<br>Central District of California | From: | Sean K. Lokey<br>Assistant United States Attorney<br>Criminal Division |

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The accompanying matter being filed on 7/28/10

____ relates to    ✓ does not relate to

(1) a matter pending in the Criminal Division of the USAO at any time between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO at any time between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.

____ relates to    ✓ does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.

_____
Sean K. Lokey
Assistant United States Attorney

TOTAL P.03